Meyer Rosenstein, Respondent, v. James McCutcheon, Appellant.— The proofs in this case fail to show any causal connection between the accident and the alleged defects in the appliances of the elevator.  It was error, therefore, to submit this question to the jury as bearing upon the claim of the defendant's negligence.  This error is serious enough to require a reversal of the judgment and the order denying the motion for a new trial.  Judgment and order reversed and new trial granted, costs to abide the event.  Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Charles Smith, Jr., by His Guardian ad Litem, Charles Smith, Appellant, v. Richmond Light and Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present— Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

Alojzy Spaczynski, an Infant, by Franc Gorski, His Guardian ad Litem, Respondent, v. Isaac G. Johnson & Company, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present— Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Isidor Tirnauer, Respondent, v. Fire Association of Philadelphia, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements, upon the ground that in this case there are special circumstances which made it proper for the Special Term to exercise its discretion in conditionally denying the motion.*  Jenks, P. J., Burr, Carr, Stapleton and Putnam JJ., concurred.

Union Trust Company of New York, as Substituted Administrator, etc., of Edward Warren Day, Deceased, Respondent, v. Elbert H. Day and Others, Defendants, Impleaded with Evelyn D. Bruner and George K. Day, Appellants.— Judgment affirmed, with costs to respondent payable out of the estate, upon the authority of *Matter of Robinson* (203 N. Y. 380); *Matter of Cunningham* (206 id. 601); *Matter of Davis* (77 Misc. Rep. 72; affd., 156 App. Div. 911).  Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Ellen Ward, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

---

* See Code Civ. Proc. § 822.— [REP.